UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

William Lucas
         Plaintiff,

v.                  Case No.: 1:21–cv–05770
                 Honorable Beth W. Jantz

Citgo Petroleum Corporation
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

   MINUTE entry before the Honorable Beth W. Jantz: Final settlement approval hearing held on 9/19/2023. No objectors appear at or call in for the hearing. For the reasons stated on the record, the Court grants plaintiffs' unopposed motion for final approval of the class action settlement and an award of attorneys' fees, costs, and class representative payments [46]. Enter written approval order. Within 30 days of entry of this Order, Defendant shall fund the settlement in accordance with the Settlement Agreement. The case is dismissed without prejudice and will automatically convert to a dismissal with prejudice on 10/27/2023. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.